1  KILPATRICK TOWNSEND & STOCKTON LLP
   BENJAMIN M. KLEINMAN (State Bar No. 261846)
2  Two Embarcadero Center Suite 1900
   San Francisco, CA 94111
3  Email: bkleinman@kilpatricktownsend.com
   Telephone: (415) 576-0200
4
5  JOEL D. BUSH, II (Pro Hac Vice Application to be Filed)
   KILPATRICK TOWNSEND & STOCKTON LLP
   1100 Peachtree Street N.E., Suite 2800
6  Atlanta, GA  30309-4530
   Email: jbush@kilpatricktownsend.com
7  Telephone: (404) 815-6500

8  Attorneys for Plaintiff
   MORNINGSIDE TRANSLATIONS, LLC
9

10

11                     UNITED STATES DISTRICT COURT

12                  FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  MORNINGSIDE TRANSLATIONS, LLC,        Case No. 22-cv-01718-DAD-AC

15         Plaintiff,
                                          **PLAINTIFF MORNINGSIDE
16         vs.                            TRANSLATIONS, LLC'S NOTICE OF
                                          DISMISSAL WITHOUT PREJUDICE**
17  MOHAMMAD MASAB,

18         Defendant.

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE CASE NO. 22-CV-01718-DAD-AC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Morningside Translations, LLC hereby gives notice to the Court that it is dismissing, without prejudice, the above-captioned matter between Plaintiff and Defendant Mohammad Masab, including all claims and causes of action against Defendant.

DATED: March 21, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Benjamin M. Kleinman
BENJAMIN M. KLEINMAN

Attorneys for Plaintiff
MORNINGSIDE TRANSLATIONS, LLC